UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AN QUOC NGUYEN, | ) | Case No. SACV 08-719 GW(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JAMES TILTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: November 18, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE